1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   COURTNEY J. BUCKNER,                    No.  2:23-cv-1504 KJM KJN P

12          Plaintiff,

13      v.                                   FINDINGS AND RECOMMENDATIONS

14   ASHLEY TAYLOR, et al.,

15          Defendants.

16

17        Plaintiff is a former county jail inmate, now housed in state prison.  By an order filed

18   August 7, 2023, plaintiff was ordered to file a completed in forma pauperis affidavit and a

19   certified copy of his county jail inmate trust account statement, or pay the court's filing fee, and

20   was cautioned that failure to do so would result in a recommendation that this action be

21   dismissed.  The thirty day period has now expired, and plaintiff has not responded to the court's

22   order and has not filed the required documents.

23        In accordance with the above, IT IS HEREBY RECOMMENDED that this action be

24   dismissed without prejudice.

25        These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, plaintiff may file written objections

28   with the court and serve a copy on all parties.  Such a document should be captioned

1

1    "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

2    failure to file objections within the specified time may waive the right to appeal the District

3    Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4    Dated:  September 21, 2023

5

6                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

7

8   /buck1504.fifp

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28